

### NUMBER 13-06-00560-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**ALBERT W. VAN CLEAVE, PAUL JONES,**
**AND JULISSA YUDITH VILLARREAL,**                          **Appellants,**

**v.**

**MARGARITA DUARTE,**                                          **Appellee.**

---

**On appeal from the 285th District Court of Bexar County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza and Vela**
**Memorandum Opinion Per Curiam**

Appellants, Albert W. Van Cleave, Paul Jones, and Julissa Yudith Villarreal, perfected an appeal from a judgment entered by the 285th District Court of Bexar County, Texas, in cause number 2003-CI-05354. Appellants' briefs were filed and received on January 22, 2007. On August 27, 2008, we found that the briefs contained formal defects, *see* TEX. R. APP. P. 38.9, and we ordered appellants to file amended briefs. On September 30, 2008, we granted appellants an extension of time to file their briefs. No amended briefs have been filed with this Court. On October 30, 2008, appellee, Margarita Duarte, filed a motion for involuntary dismissal requesting that we dismiss the appeal or affirm the

trial court's judgment.

This Court, having considered the documents on file, appellee's motion for involuntary dismissal, and appellants' failure to comply with this Court's directive of August 27, 2008, is of the opinion that the motion should be granted. The appellee's motion for involuntary dismissal is GRANTED, and the appeal is hereby DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 22nd day of January, 2009.